30 F.3d 1485
 Estate of Cooper (April Renee), By and Through Cotturo
(Catherine M.), Cooper (George Rick)
v.
Montgomery County Office of Children and Youth, Junewicz
(Walter J.), Executive Director of Montgomery County Office
of Children and Youth Services, Pinebrook Services for
Children and Youth, Inc., Applebaum (Florence), Executive
Director of Pinebrook Services for Children and Youth, Inc.,
City of Allentown School District, Scott (Diane),
Superintendent of City of Allentown
 NO. 93-2120
 United States Court of Appeals,
Third Circuit.
 June 24, 1994
 
 Appeal From: E.D.Pa.,
 Buckwalter, J.
 
 
 1
 AFFIRMED.